1  TAMI S. SMASON, CA Bar No. 120213
    tsmason@foley.com
2  FOLEY & LARDNER LLP
  555 SOUTH FLOWER STREET, SUITE 3500
3  LOS ANGELES, CA 90071-2411
  TELEPHONE: 213.972.4500
4  FACSIMILE:  213.486.0065

5  Attorneys for Plaintiff Impex Enterprises Limited

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPEX ENTERPRISES LIMITED | CASE NO: 17-CV-1044 |
|     PLAINTIFF, | **COMPLAINT FOR BREACH OF CONTRACT** |
| v. | |
| SONY PICTURES WORLDWIDE ACQUISITIONS, INC.; AND DOES 1-10, | **DEMAND FOR JURY TRIAL** |
|     DEFENDANTS. | |

COMPLAINT FOR BREACH OF CONTRACT
CASE NO. 17-CV-1044

4847-8935-0210.1

Plaintiff Impex Enterprises Limited alleges as follows:

## INTRODUCTION

1. This lawsuit follows the payment default of a contractual obligation by Defendant Sony Pictures Worldwide Acquisitions, Inc. ("Sony") related to the theatrical distribution of the motion picture "Wild Oats."

## THE PARTIES

2. Plaintiff Impex Enterprises Limited ("Lender" or "Plaintiff") is a Bahamas corporation that was a production lender in connection with the production of Wild Oats.

3. Defendant Sony Pictures Worldwide Acquisitions, Inc., is a California corporation with its principal place of business in Los Angeles County, California. Sony acquired certain international distribution rights for specified territory pursuant to a Distribution Agreement, to which Lender was not a party.

4. The true names and capacities, whether individual, corporate, associate, or otherwise of defendants DOES 1 through 10, inclusive, are unknown to Lender, who therefore sue said defendants by such fictitious names. Lender is informed and believes and therefore alleges that each of the defendants designated as a DOE is legally responsible in some manner for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to Lender as herein alleged.

## JURISDICTION

5. This Court has personal jurisdiction over Sony because it engages in significant business throughout the State of California thus providing the State of California with general jurisdiction.

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because Lender is a citizen of a foreign state, Sony is a citizen of the State of California, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## VENUE

7. Venue is proper in the Central District of California pursuant to 28 U.S.C. §

1391(b) because Sony has its principal place of business in Los Angeles County and thus resides in the Central District of California for purposes of venue, and because a substantial part of the events and omissions giving rise to the claims occurred in the Central District of California.

## THE CONTRACT

8. Effective July 1, 2014, the parties entered into an Interparty Agreement ("the IPA") that provided in relevant part that Sony would make specified payments to Lender upon the occurrence of specified events. A true and correct copy of the IPA is attached hereto as **Exhibit 1**. All parties signed the IPA.

9. Paragraph 3.1.1 of the IPA requires Sony to pay a Mandatory Delivery Payment of $855,000 "no later than ten (10) business days after the first date on which both of the following conditions have been satisfied: (x) Mandatory Delivery has been effected or deemed to have been effected in accordance with Paragraph 9 [of the IPA]; and (y) the date of the Qualifying U.S. Theatrical Release [as defined in the IPA]."

10. Mandatory Delivery was effected during 2015 and the Qualifying U.S. Theatrical Release occurred on September 16, 2016. Therefore, the deadline for payment of the Mandatory Delivery Payment was September 30, 2016.

11. Paragraph 3.12 of the IPA further requires Sony to pay a $95,000 Complete Delivery Payment no later than ten (10) business days after the date when both: (x) the Mandatory Delivery Payment conditions have been met; and (y) Complete Delivery has been effected or deemed effected.

12. Complete Delivery was effected during 2015 and the Mandatory Delivery Payment conditions were satisfied on September 16, 2016. Therefore the deadline for payment of the Complete Delivery Payment was September 30, 2016.

## FIRST CAUSE OF ACTION

**(Breach of Contract By Plaintiff against All Defendants)**

13. Lender repeats and incorporates by reference the allegations contained in the

paragraphs above as though set forth fully herein.

14. Lender has performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the IPA.

15. Paragraph 3.3 of the IPA provides that Sony waives, as to Lender, "all rights of offset, counterclaims, cross-collateralization and defenses and all rights to set up reserves … to its obligation to pay [the amounts due to Lender] other than a failure of Mandatory Delivery and/or Complete Delivery…."

16. Both Mandatory Delivery and Complete Delivery were accomplished, as set forth above.

17. Defendants have breached the IPA by failing and refusing to make any part of the $855,000 Mandatory Delivery Payment or the $95,000 Complete Delivery Payment.

18. On November 2, 2016, Lender demanded in writing that Sony make the payments required under the IPA as set forth above.

19. On November 10, 2016, Sony refused in writing to make the payments.

20. The IPA requires Sony to pay interest from the date the payments were due, *i.e.*, September 30, 2016.

## **PRAYER FOR RELIEF**

WHEREFORE, Lender prays for judgment as follows:

1. For judgment in favor of Lender and against all Defendants;

2. For damages in the amount of $950,000 plus interest from September 30, 2016 according to proof;

3. For attorneys' fees and costs of suit incurred herein; and

4. For such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| DATE: FEBRUARY 8, 2017 | **FOLEY & LARDNER LLP**<br>TAMI S. SMASON |
| | |
| | _/S/ TAMI S. SMASON_<br>TAMI S. SMASON<br>Attorneys for Plaintiff Impex Enterprises Limited |

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

| | |
|---|---|
| DATE: FEBRUARY 8, 2017 | **FOLEY & LARDNER LLP**<br>TAMI S. SMASON |
| | |
| | _/S/ TAMI S. SMASON_<br>TAMI S. SMASON<br>Attorneys for Plaintiff Impex Enterprises Limited |