JS-6

**FILED**
**CLERK, U.S. DISTRICT COURT**

January 22, 2018

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPEX ENTERPRISES LIMITED,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SONY PICTURES WORLDWIDE ACQUISITIONS INC.; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 17-CV-1044-SJO (SKx)<br><br>Hon. S. James Otero<br>Courtroom No. 10C<br><br>**JUDGMENT IN FAVOR OF DEFENDANT SONY PICTURES WORLDWIDE ACQUISITIONS INC.** |
| SONY PICTURES WORLDWIDE ACQUISITIONS INC.,<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>WILD PICTURES, LLC,<br><br>　　　　Third-Party Defendant. | |

**JUDGMENT**

On January 9, 2018, this Court issued an order (the "Order") granting the motion of defendant Sony Pictures Worldwide Acquisitions Inc. ("SPWA") for summary judgment on the complaint (the "Complaint") of plaintiff Impex Enterprises Limited ("Impex"), and denying Impex's motion for summary judgment.

Based upon the Order, JUDGMENT is hereby GRANTED in favor of SPWA and against Impex. Impex shall take nothing by its Complaint in this action, and SPWA shall recover its costs of suit.

IT IS SO ORDERED.

Dated: 1/22/18

*S. James Otero*
Hon. S. James Otero
United States District Judge

2
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT SONY PICTURES WORLDWIDE ACQUISITIONS INC.

1411977